UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY MILLER,

*Plaintiff,*

v.

THE COUNTY OF MONROE,

*Defendant.*

**NOTICE OF MOTION**

Case # 6:23-cv-6649-FPG

| | |
|---|---|
| **Motion By:** | Defendant County of Monroe |
| **Relief Requested:** | A.    An order pursuant to F.R.C.P. Rule 12(b)(6), dismissing the cause(s) of action against County of Monroe. |
| | B.    Such other and further relief as this Court shall find good and proper. |
| **Nature of the Action:** | Plaintiff brought suit against City of Rochester (22-cv-6069) and New York State (Court of Claims) in separate actions. He now sues Monroe County. All cases relate to his criminal conviction in 2014 for robbery. |
| **Supporting Papers:** | Attorney Declaration of Robert J. Shoemaker, Esq., Memorandum of Law, Exhibit A, Exhibit B, Complaint (Docket No. 1). |
| **Before:** | Hon. Frank P. Geraci |
| **Date and Time:** | To be determined. |
| **Answer to the Motion:** | The Defendant hereby reserve the right to reply. |

**JOHN P. BRINGEWATT**
**MONROE COUNTY ATTORNEY**
*Attorney for the Defendants*

Dated: January 5, 2024

/s/ *Robert J. Shoemaker*
**Robert J. Shoemaker, Esq. of Counsel**
Deputy County Attorney

1

307 County Office Building
39 West Main Street, Rochester, New York 14614
Telephone:  585.753.1472
boshoemaker@monroecounty.gov


To:     Elliott D. Shields, Esq.
        Roth & Roth, LLP

        (by CM/ECF)